P. M. VARN AND JOHN D. SHULER, COPARTNERS DOING
BUSINESS AS VARN & SHULER, *Plaintiffs in Error,* v. R.
W. BURCH, *Defendant in Error.*

Decision Filed September 13, 1923.

This case was decided by Division A.

A Writ of Error to the Circuit Court for Marion
County; W. S. Bullock, Judge.

*W. E. Smith,* for Plaintiffs in Error;

*H. M. Hampton,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript. of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen

and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment, it is, therefore, considered, ordered and adjudged by the Court that the said jurgment of the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur.